81 A.3d 666

IN THE MATTER OF JOSEPH S. CHIZIK, AN ATTORNEY
AT LAW (ATTORNEY NO. 013631976)

January 15, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–046, concluding on the record certified by the Board pursuant to *Rule* 1:20–4(f)(1) (default by respondent), that **JOSEPH S. CHIZIK** of **MOUNT LAUREL,** who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with clients), *RPC* 1.5(b) (failure to provide a written fee agreement), and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board having further concluded that prior to reinstatement to the practice of law, respondent should be required to provide proof of his fitness to practice;

And good cause appearing;

It is ORDERED that **JOSEPH S. CHIZIK** is suspended from the practice of law for a period of three months and until the

further Order of the Court, effective February 14, 2014; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit to the Office of Attorney Ethics proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.